UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFIRSTCLASS CORPORATION,<br>**Plaintiff**<br><br>-v-<br><br>SILVERJET, PLC<br>and<br><br>Defendant | Case No. 07-civ-6371<br>JUDGE STEIN<br><br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____CFIRSTCLASS CORPORATION_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE AS TO CFIRSTCLASS CORPROATION.

Date: July 12, 2007

Signature of Attorney

Attorney Bar Code: JS-4085

Form Rule7_1.pdf