```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/07
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07 Civ. 6371 (SHS)

CFIRSTCLASS CORPORATION, a
Florida Corporation,

   Plaintiff,

vs.

SILVERJET, PLC., a Foreign Corporation,

   Defendant.
_____/

**STIPULATION AND ORDER
FOR SUBSTITUTION OF COUNSEL**

  **IT IS HEREBY STIPULATED** that Joseph N. Salomon, Esquire and SCHWARTZ & SALOMON, P.C., are hereby withdrawn as counsel for the Plaintiff and Norman Malinski, Esquire and Law Offices of Norman Malinski, P.A. are hereby substituted as counsel for said Plaintiff, CFIRSTCLASS CORPORATION.

Dated: August 31, 2007

| | |
|---|---|
| SCHWARTZ & SALOMON, P.C.<br>225 Broadway, Suite 4200<br>New York, New York 10007<br>Telephone: (212) 732-6460<br><br>By:_____<br>Joseph N. Salomon (JS- 4085) | LAW OFFICES OF<br>NORMAN MALINSKI, P.A.<br>2875 Northeast 191st Street, #508<br>Aventura, Florida 33180<br>Telephone: (305) 937-4242<br><br>By:_____<br>Norman Malinski |

### ORDER

  **UPON CONSIDERATION** of the foregoing, it is hereby

  **ORDERED AND ADJUDGED** that Norman Malinski, Esquire of the Law Offices of Norman Malinski, PA. is hereby substituted as counsel for the Plaintiff, CFIRSTCLASS CORPORATION, and Joseph N. Salomon, Esquire and SCHWARTZ & SALOMON, P.C. are

-1-

hereby withdrawn as counsel for the Plaintiff.

**DONE AND ORDERED** in Chambers in New York, New York this 10th day of September, 2007.

_____
U.S. DISTRICT JUDGE

Copies furnished to:
Norman Malinski, Esquire
Joseph N. Salomon, Esquire
Karen L. Hagberg, Esquire