USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CFIRSTCLASS CORPORATION,                   :        07 Civ. 6371 (SHS)

                          Plaintiff,       :

        -against-                          :        ORDER

SILVERJET, P.L.C.,                         :

                          Defendant.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      As agreed to by the parties, defendants' time to answer or move with

respect to the complaint is extended to October 1, 2007;

        2.      Rule 26(a) disclosures shall be made on or before October 10, 2007;

        3.      If defendant moves in lieu of answering the complaint, discovery against

the defendant shall be stayed, but discovery against the plaintiff shall proceed, as agreed to by

the parties;

        4.      If defendant files a motion, plaintiff's opposition is due on or before

October 17, 2007, and defendant's reply is due on or before October 17, 2007; and

        5.      If no motion is made, the parties shall notify the Court, in writing, to

schedule a pretrial conference.

Dated: New York, New York
       September 10, 2007

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.