Karen L. Hagberg
Geoffrey C. Upton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant
Silverjet, plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFIRSTCLASS CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>SILVERJET, PLC,<br><br>　　　　　　　　　　　　Defendant. | 07 Civ. 6371 (SHS)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for defendant Silverjet, plc.

Dated: New York, NY
　　　　October 1, 2007

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　__/s/ Geoffrey C. Upton_____
　　　　　　　　　　　　　　　　　　　Karen L. Hagberg
　　　　　　　　　　　　　　　　　　　Geoffrey C. Upton
　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, NY 10104-0050
　　　　　　　　　　　　　　　　　　　(212) 468-8000
　　　　　　　　　　　　　　　　　　　(212) 468-7900 (fax)

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　*Silverjet, plc*

ny-777976