Karen L. Hagberg
Geoffrey C. Upton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant
Silverjet, plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFIRSTCLASS CORPORATION,<br><br>                            Plaintiff,<br><br>  - against -<br><br>SILVERJET, PLC,<br><br>                            Defendant. | 07 Civ. 6371 (SHS)<br><br>**RULE 7.1 STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Silverjet, plc, (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  None.

Dated: New York, NY
         October 1, 2007

MORRISON & FOERSTER LLP


By:  _/s/Geoffrey C. Upton____
      Karen L. Hagberg
      Geoffrey C. Upton

1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

*Attorneys for Defendant Silverjet, plc*

ny-777971