Karen L. Hagberg
Geoffrey C. Upton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant
Silverjet, plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFIRSTCLASS CORPORATION,<br><br>                    Plaintiff,<br><br>          - against -<br><br>SILVERJET, PLC,<br><br>                    Defendant. | 07 Civ. 6371 (SHS)<br><br>**ORAL ARGUMENT<br>REQUESTED** |

**DEFENDANT'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that defendant Silverjet, plc, hereby moves to dismiss plaintiff's Complaint, dated July 12, 2007, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for the motion are set forth in the attached Memorandum of Law in Support of Defendant's Motion to Dismiss.

ny-777975

Dated: New York, NY
      October 1, 2007

                MORRISON & FOERSTER LLP

                __/s/ Geoffrey C. Upton__
                Karen L. Hagberg
                Geoffrey C. Upton

                1290 Avenue of the Americas
                New York, NY 10104-0050
                (212) 468-8000
                (212) 468-7900 (fax)

                Attorneys for Defendant Silverjet, plc