Karen L. Hagberg
Geoffrey C. Upton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

Attorneys for Defendant
Silverjet, plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFIRSTCLASS CORPORATION,<br><br>                    Plaintiff,<br><br>        - against -<br><br>SILVERJET, PLC,<br><br>                    Defendant. | 07 Civ. 6371 (SHS)<br><br>DECLARATION OF GEOFFREY C. UPTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT |

I, Geoffrey C. Upton, declare under penalty of perjury as follows:

1.      I am a member of the Bars of the State of New York and of this Court and am associated with the firm of Morrison and Foerster LLP, counsel for Defendant.

2.      I submit this declaration in support of Plaintiff's Motion to Dismiss the Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3.      Attached hereto as Exhibit A is a true and correct copy of the Aircraft Seat Charter Agreement between FlyJet Limited and C First Class Corporation, dated June 7, 2005.

4.      Attached hereto as Exhibit B is a true and correct copy of the General Sales Agency Agreement between FlyJet Limited and Fly First Class Corporation, dated January 18, 2006.

ny-777972

Executed this 1st day of October, 2007 at New York, New York.

        /s/Geoffrey C. Upton

Geoffrey C. Upton

ny-777972