USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CFIRSTCLASS CORPORATION,              :       07 Civ. 6371 (SHS)

                Plaintiff,              :

     -against-                              :       ORDER

SILVERJET, P.L.C.,                    :

                Defendant.              :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that paragraph 4 of this Court's Order dated September 10, 2007, is amended to read as follows:

     "4.    If defendant files a motion, plaintiff's opposition is due on or before October 10, 2007, and defendant's reply is due on or before October 17, 2007."

Dated: New York, New York
       October 4, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.