UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFIRSTCLASS CORPORATION,

Plaintiff,

- against -

SILVERJET PLC,

Defendant.

07 Civ. 6371 (SHS)

**TABLE OF CONTENTS AND AUTHORITIES TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

MORRISON & FOERSTER LLP
Karen L. Hagberg
Geoffrey C. Upton
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Attorneys for Defendant Silverjet plc

# TABLE OF CONTENTS


**Page**

PRELIMINARY STATEMENT ..... 1

STATEMENT OF RELEVANT FACTS ..... 2

ARGUMENT ..... 3

I. CFC HAS NO CLAIMS IN THIS COURT AGAINST SILVERJET BECAUSE THE CONTRACTS' BROAD FORUM SELECTION CLAUSE SHOULD BE HONORED ..... 4

II. CFC FAILS TO STATE A CLAIM FOR TORTIOUS INTERFERENCE WITH ADVANTAGEOUS BUSINESS RELATIONSHIP (COUNT I) OR CONTRACT (COUNT II) ..... 7

A. CFC Fails to State a Claim for Tortious Interference with Advantageous Business Relationship ..... 8

B. CFC Fails to State a Claim for Tortious Interference with Contract ..... 11

III. CFC FAILS TO STATE A CLAIM FOR UNJUST ENRICHMENT ..... 16

CONCLUSION ..... 18

## TABLE OF AUTHORITIES

**Page**

### CASES

*AIM Int'l Trading, L.L.C. v. Valcucine S.p.A.*,
02 Civ. 1363 (PKL), 2003 U.S. Dist. LEXIS 8594, 2003 WL 21203503 (S.D.N.Y. May 22, 2003) ........ 11, 13

*Am. Bldg. Maint. Co. v. ACME Prop. Servs.*,
2007 U.S. Dist. LEXIS 64051 (S.D.N.Y. August 29, 2007) ........ 11

*Am. Honda Motor Co. v. Motorcycle Info. Network Inc.*,
390 F. Supp. 2d 1170 (M.D. Fla. 2005) ........ 16

*Am. Protein Corp. v. AB Volvo*,
844 F.2d 56 (2d Cir. 1988) ........ 15

*Antonios A. Alevizopoulos & Assocs. v. Comcast Int'l Holdings, Inc.*,
100 F. Supp. 2d 178 (S.D.N.Y. 2000) ........ 11

*Baron v. Pfizer, Inc.*,
2007 NY Slip Op 5813 (N.Y. App. Div. 2007) ........ 17

*Benton v. Kennedy-Van Saun Mfg. & Eng. Corp.*,
2 A.D.2d 27 (N.Y. App. Div. 1956) ........ 14

*Bradkin v. Leverton*,
26 N.Y.2d 192 (N.Y. 1970) ........ 16

*Burger King Corp. v. Ashland Equities, Inc.*,
161 F. Supp. 2d 1331 (S.D. Fla. 2001) ........ 9

*Camp Summit of Summitville, Inc. v. Visinski*,
2007 U.S. Dist. LEXIS 28496 (S.D.N.Y. April 13, 2007) ........ 10, 14

*Chambers v. Time Warner, Inc.*,
282 F.3d 147 (2d Cir. 2002) ........ 4

*Charles W. v. Maul*,
214 F.3d 350 (2d Cir. 2000) ........ 3

*Clark-Fitzpatrick, Inc. v Long Is. R.R. Co.*,
70 N.Y.2d 382, 516 N.E.2d 190, 521 N.Y.S.2d 653 (N.Y. 1987) ........ 17

*Clifford R. Gray, Inc. v. Le Chase Constr. Servs., LLC*,
2006 NY Slip Op 5850 (N.Y. App. Div. 2006) ........ 17

*Coastal Steel Corp. v. Tilghman Wheelabrator, Ltd.*,
709 F.2d 190 (3d Cir. 1983) ........ 5

*Conocophilips v. 261 E. Merrick Rd. Corp.*,
428 F. Supp. 2d 111 (E.D.N.Y. 2006) ........ 9

**TABLE OF AUTHORITIES**
(continued)

**Page**

*Crossland Inv. Co. v. Rhodes*,
274 F. Supp. 2d 1302 (N.D. Fla. 2003) .......... 13

*Direct Mail Prod. Servs. v. MBNA Corp.*,
2000 U.S. Dist. LEXIS 12945 (S.D.N.Y. September 7, 2000) .......... 4, 6, 7

*E2-Capital Inv. v. Auerbach, Pollak & Richardson*,
2003 U.S. Dist. LEXIS 4318 (S.D.N.Y. March 18, 2003) .......... 9

*E.F. Hutton Int'l Assoc. Ltd. et al. v. Shearson Lehman Bros. Holdings, Inc.*,
281 A.D.2d 362 (N.Y. App. Div. 2001) .......... 15

*Ernie Haire Ford, Inc. v. Ford Motor Co.*,
260 F.3d 1285 (11th Cir. 2001) .......... 13

*Ethan Allen v. Georgetown Manor*,
647 So. 2d 812 (Fla. 1994) .......... 8

*Farah v. Canada*,
740 So. 2d 560 (Fla. 5th DCA 1999) .......... 12

*Fine Foods Int'l, L.P. v. North Am. Fine Foods Inc.*,
1999 U.S. Dist. LEXIS 20007 (S.D.N.Y. Nov. 12, 1999) .......... 8

*Foster v. Churchill*,
87 N.Y.2d 744 (N.Y. 1996) .......... 11

*Gebhardt v. Allspect, Inc.*,
96 F. Supp. 2d 331 (S.D.N.Y. 2000) .......... 3

*Goldman v. Metro Life Ins. Co.*,
5 N.Y.3d 561 (N.Y. 2005) .......... 16

*Guard-Life Corp. v. S. Parker Hardware Mfg. Corp.*,
50 N.Y.2d 183, 406 N.E.2d 445, 428 N.Y.S.2d 628 (N.Y. 1980) .......... 9

*Harris v. City of New York*,
186 F.3d 243 (2d Cir. 1999) .......... 3

*Heavener, Ogier Servs. v. R. W. Fla. Region*,
418 So. 2d 1074 (Fla. Dist. Ct. App. 1982) .......... 15

*Honess 52 Corp. v. The Town of Fishkill*,
1 F. Supp. 2d 294 (S.D.N.Y. 1998) .......... 3

*Hugel v. Corporation of Lloyd's*,
999 F.2d 206 (7th Cir. 1993) .......... 5, 6

*IBM v. Liberty Mut. Ins. Co.*,
363 F.3d 137 (2d Cir. 2004) .......... 7

**TABLE OF AUTHORITIES**
(continued)

**Page**

*Imtrac Indus. v. Glassexport Co.*,
1996 U.S. Dist. LEXIS 1022 (S.D.N.Y. February 1, 1996) ........ 15

*In re Lloyd's Am. Trust Fund Litig.*,
954 F. Supp. 656 (S.D.N.Y. 1997) ........ 6

*Inn Chu Trading Co. v. Sara Lee Corp.*,
810 F. Supp. 501 (S.D.N.Y. 1992) ........ 16

*Israel v. Wood Dolson Co.*,
1 N.Y.2d 116 (N.Y. 1956) ........ 11

*Johnson Enters. of Jacksonville v. Fpl Group*,
162 F.3d 1290 (11th Cir. 1998) ........ 11, 15

*Johnson & Johnson v. Guidant Corp.*,
2007 U.S. Dist. LEXIS 64114 (S.D.N.Y. August 29, 2007) ........ 7, 13

*Klein v. Jostens*,
1985 U.S. Dist. LEXIS 18115 (S.D.N.Y. July 9, 1985) ........ 13

*Koret, Inc. v. Christian Dior, S.A.*,
161 A.D.2d 156 (N.Y. App. Div. 1990) ........ 9, 12

*Lama Holding Co. v. Smith Barney Inc.*,
88 N.Y.2d 413 (N.Y. 1996) ........ 12

*Lambert v. Kysar*,
983 F.2d 1110 (1st Cir. 1993) ........ 5

*M.J. & K. Co. v. Matthew Bender & Co.*,
220 A.D.2d 488 (N.Y. App. Div. 1995) ........ 10

*Maritime Ins. Co. v. M/V Sea Harmony*,
97 Civ. 3818, 1998 U.S. Dist. LEXIS 6294, 1998 WL 214777 (S.D.N.Y. May 1, 1998) ........ 6

*Martin v. Thermo Electron Corp.*,
No. 99-2547, 2001 U.S. Dist. LEXIS 24812 (S.D. Fla. Jan. 16, 2001) ........ 12

*Masefield AG v. Colonial Oil Indus.*,
05 Civ. 2231, 2006 U.S. Dist. LEXIS 5792 (S.D.N.Y. Feb. 15, 2006) ........ 10

*Matrix Group Limited, Inc. v. Rawlings Sporting Goods Co.*,
477 F.3d 583 (8th Cir. 2007) ........ 8

*Mercury West A.G., Inc. v. R.J. Reynolds Tobacco Co.*,
No. 03 Civ. 5262 (JFK), 2004 WL 421793 (S.D.N.Y. Mar. 5, 2004) ........ 5

**TABLE OF AUTHORITIES**
(continued)

**Page**

*Millar v. Ojima*,
354 F. Supp. 2d 220 (E.D.N.Y. 2005)........................................................................ 11

*New Moon Shipping Co. v. MAN B & W Diesel AG*,
121 F.3d 24 (2d Cir. 1997)........................................................................................ 3

*Record Club of Am., Inc. v. United Artists Records, Inc.*,
611 F. Supp. 211 (S.D.N.Y. 1985)............................................................................ 15

*Risley v. Rubin*,
272 A.D.2d 198, 708 N.Y.S.2d 377 (N.Y. App. Div. 2000)....................................... 11

*Roby v. Corp. of Lloyd's*,
996 F.2d 1353 (2d Cir. 1993)..................................................................................... 4

*Rohrbaugh v. United States Mgmt.*,
2007 U.S. Dist. LEXIS 47978 (E.D.N.Y. July 2, 2007) .............................................. 3

*Ruha v. Guior*,
277 A.D.2d 116 (N.Y. App. Div. 2000).................................................................... 16

*Scutti Enter. LLC v. Park Place Entm't.*,
322 F.3d 211 (2d Cir. 2003)...................................................................................... 11

*Sealord Marine Co. v. Am. Bureau of Shipping*,
220 F. Supp. 2d 260 (S.D.N.Y. 2002)......................................................................... 6

*Sedona Corp. v. Ladenburg Thalmann & Co.*,
2005 U.S. Dist. LEXIS 16382 (S.D.N.Y. Aug. 9, 2005) ............................................ 11

*Shea v. Hambro Am.*,
200 A.D.2d 371 (N.Y. App. Div. 1994).................................................................... 15

*Stewart Org., Inc. v. Ricoh Corp.*,
810 F.2d 1066 (11th Cir. 1987).................................................................................. 5

*TVT Records v. Island Def Jam Music Group*,
412 F.3d 82 (2d Cir. 2005)........................................................................................ 12

*Taylor, Bean & Whitaker Mortgage Corp v. GMAC Mortgage Corp.*,
No. 5:05-cv-260-Oc-10GRJ, 2006 U.S. Dist. LEXIS 39728 (M.D. Fla. June 15, 2006) ....... 16

*Terra Int'l Inc. v. Mississippi Chem. Corp.*,
119 F.3d 688 (8th Cir. 1997)...................................................................................... 4

*Textiles Network v. DMC Enters.*,
07 Civ. 393, 2007 U.S. Dist. LEXIS 64247 (S.D.N.Y. Aug. 31, 2007) ...................... 17

*United Magazine Co. v. Murdoch Magazines Distrib.*,
146 F. Supp. 2d 385, (S.D.N.Y. 2001)......................................................................... 9

**TABLE OF AUTHORITIES**
(continued)

**Page**

*United States Fid. & Guar. Co. v. Petroleo Brasileiros S.A.-Petrobras*,
No. 98 Civ. 3099 JGK, 2001 WL 300735 (S.D.N.Y. Mar. 27, 2001) .................................... 4

*United Wis. Servs. V. Abbott Labs (In re Terazosin Hydrochloride Antitrust Litig.)*,
220 F.R.D. 672 (S.D. Fla. 2004) ........................................................................ 17

*Universal Marine Med. Supply, Inc. v. Lovecchio*,
8 F. Supp. 2d 214 (E.D.N.Y. 1998)........................................................................ 8

*WMW Mach. Co. v. Koerber AG*,
240 A.D.2d 400 (N.Y. App. Div. 1997)................................................................... 10

*Warnaco Inc. v. VF Corp.*,
844 F. Supp. 940 (S.D.N.Y. 1994)......................................................................... 5

*Weingrad v. Telepathy, Inc.*,
No. 05 Civ. 2024 (MBM), 2005 WL 2990645 (S.D.N.Y. Nov. 7, 2005) ............................... 5

*Wells v. Marton*,
794 F. Supp. 1092 (S.D. Fla. 1991) ......................................................................... 8

*Wolff v. Rare Medium, Inc.*,
210 F. Supp. 2d 490 (S.D.N.Y. 2002)....................................................................... 14

*Zinermon v. Burch*,
494 U.S. 113 (1990)........................................................................................... 3

**RULES AND OTHER AUTHORITIES**

Fed. R. Civ. P. 12(b)(1)......................................................................................... 1, 3

Fed. R. Civ. P. 12(b)(6)...................................................................................... 1, 3, 10

Wright & Miller, Federal Practice & Procedure: Civil 3d § 1357 .............................................. 3

Dated: October 18, 2007
New York, New York

Respectfully submitted,
MORRISON & FOERSTER LLP

__/s/Geoffrey C. Upton_________

By: Karen L. Hagberg
Geoffrey C. Upton
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Attorneys for Silverjet plc