UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CFIRSTCLASS CORPORATION,

                      Plaintiff,

- against -

SILVERJET, PLC,

                      Defendant.

07 Civ. 6371 (SHS)

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The undersigned hereby respectfully moves for withdrawal of his appearance in this action on behalf of defendant Silverjet, plc. Effective March 12, 2008, the undersigned will no longer be employed by or otherwise affiliated with Morrison & Foerster LLP, counsel of record for defendant. The appearances by other Morrison & Foerster attorneys are unaffected by this request.

Dated: New York, New York
         March 12, 2008

                                              Respectfully submitted,

                                              Geoffrey C. Upton

SO ORDERED:

Dated: _____3/13/_____, 2008

_____
Hon. Sidney H. Stein
United States District Judge

ny-804923