**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CFIRSTCLASS CORPORATION,

              Plaintiff,

      -against-

SILVERJET PLC,

              Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 6/13/08

07 CIVIL 6371 (SHS)

**JUDGMENT**

      Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on June 11, 2008, having rendered its Opinion and Order granting defendant's motion to dismiss the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2008, defendant's motion to dismiss the complaint is granted.

**Dated:** New York, New York
          June 13, 2008

                        **J. MICHAEL McMAHON**
                          Clerk of Court
         BY:
                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____