IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07 Civ. 6371 (SHS)

CFIRSTCLASS CORPORATION, a
Florida Corporation,

        Plaintiff,

**NOTICE OF APPEAL**

vs.

SILVERJET, PLC., a Foreign Corporation,

        Defendant.
_____/

    The Plaintiff herein, CFIRSTCLASS CORPORATION, a Florida Corporation, enters this appeal to the United States Court of Appeals for the Second Circuit, New York, the Opinion and Order entered by the Honorable Sidney H. Stein, United States District Judge, on June 11, 2008. A copy of the Opinion and Order is attached hereto as Exhibit "A".

    I HEREBY CERTIFY that a copy of the foregoing was mailed this 7th day of July, 2008, to: Karen L. Hagberg, Esquire and Geoffrey C. Upton, Esquire, MORRISON & FORERSTER, LLP., 1290 Avenue of the Americas, New York, New York 10104-0050.

LAW OFFICES OF
NORMAN MALINSKI, P.A.
2875 Northeast 191st Street
Suite 508
Aventura, Florida 33180
Telephone: (305) 937-4242

By:_____
    Norman Malinski
    (NM-211770)