**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2008

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT



CFirstClass Corporation

      v.                                       08-3391-cv

Silverjet, P.L.C.

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

_____   Counsel for Appellant
NOrman Malinski, Esquire
Law Offices of Norman Malinski, P.A.

_____   Counsel for Appellee
Karen L. Hagberg, Esquire
Morrison & Foerster LLP

Counsel: Please print name and firm name under signature.

Dated:
So Ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Certified: SEP 0 5 2008